Thomas O. Gillis, Esq. (SBN 40186)
GILLIS LAW OFFICE
1006 H Street, Suite One
Modesto, CA  95354
Off:    209-575-1153
Fax:    866-750-5566

Attorney for Debtors
ROBERTO RODRIGUEZ & TERESA AGUILAR

# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

In Re:

    ROBERTO RODRIGUEZ and

    TERESA AGUILAR,

    Debtors.

Case No.:  13-15946
Chapter 13
DCN-TOG-5

Date:    March 13, 2014
Time:    1:30 pm
Dept:    US Bankruptcy Court
        2500 Tulare St., 5th Floor, Room #12
        Fresno, Ca 93721
Judge:   W. Richard Lee – Department B

## DECLARATION OF ROBERTO RODRIGUEZ & TERESA AGUILAR IN SUPPORT OF MOTION TO CONFIRM THE FIRST AMENDED CHAPTER 13 PLAN OF DEBTORS

We, Roberto Rodriguez & Teresa Aguilar, declare:

1. We are the Debtors in the above-entitled petition.

2. We have read the First Amended Chapter 13 Plan to which this motion pertains.

3. We are filing this First Amended Plan for the purpose of surrendering our 2005 Chevy Colorado and adding the first mortgage on vacant lot, payable to Roger & Sue Lambert as a class 4 creditor.

4. Filed concurrently with this motion is our Amended Schedules I and J.

5. This First Amended Plan has been proposed in good faith.  We have reviewed it and believe it is in our best interest and the best interest of all concerned.  Insofar as we are aware, the terms of the plan are not forbidden by law.

6. We are willing to make these payments to the Chapter 13 Trustee and believe we can financially make said payments.

7. This bankruptcy petition was filed in good faith. On the date of the petition in this case, we had the debts set forth in Schedules D, E, and F. Before filing bankruptcy, we considered other options. After receiving counsel and considering all of our options, we decided to file bankruptcy.

8. We are not ordered to pay spousal and/or child support.

9. We have filed all of the federal, state, and local income tax returns that we are required to file.

10. Our plan provides for unsecured creditors to be paid 5.7 percent through this plan. That amount is the maximum amount we can afford to pay from my disposable income.

11. We ask that the Court confirm this First Amended Chapter 13 Plan.

We declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Dated: January 18, 2014        /s/ Roberto Rodriguez
                               ROBERTO RODRIGUEZ


                               /s/ Teresa Aguilar
                               TERESA AGUILAR